**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2470**

ERIC J. YOUNG,

                 Plaintiff - Appellant,

         v.

JODI L. BLATT; KYLIE M. LONG; CHELSEA L. LONG; STEVEN
TAYLOR,

                 Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   Frederick P. Stamp,
Jr., Senior District Judge.  (5:13-cv-00089-FPS-JES)

Submitted:  May 29, 2014                  Decided:  June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eric J. Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric J. Young appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Young v. Blatt, No. 5:13-cv-00089-FPS-JES (N.D.W. Va. Nov. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED